CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Cortez Corley**<br>DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05257MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 19, 2026, in the District of Arizona, **Cortez Corley**, knowing and in reckless disregard of the fact that certain illegal aliens, including Joel Barraza-Ontiveros and Alonzo Lopez-Aguillar, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 19, 2026, in the District of Arizona (Ajo), Border Patrol Agents (BPAs) were assigned to duties along State Route (SR) 85. SR 85 is a commonly used route by smuggling organizations. At approximately 9:30 a.m., BPAs were advised that an Integrated Fixed Tower operator and a National Park Service Ranger (NPS) had observed a white Buick SUV bearing Arizona license plate D5A2V4 drive south to Lukeville, Arizona, make a quick turnaround, and travel back north. Quick turnarounds are a common tactic observed during smuggling events. BPAs observed the Buick near mile marker 58 on SR 85 and noticed that the driver was wearing a bright orange hoodie and appeared to be gripping the steering wheel in a straining manner. The driver also avoided eye contact with BPAs. BPAs pulled behind the Buick, and the vehicle immediately slowed its speed to approximately 30 miles per hour in a 65 mile per hour zone. Record checks on the Buick returned out of Prescott, Arizona and the vehicle had no previous border crossings. It is uncommon for a vehicle to travel to Lukeville and perform a quick turnaround due to the remote location and lack of services in the area. BPAs initiated a vehicle stop with NPS as a backup and the Buick yielded near mile marker 57 on SR 85. As the Buick stopped, BPAs observed individuals sit up in the vehicle. BPAs approached the Buick and asked the driver, identified as **Cortez Corley**, to roll down the windows and turn the vehicle off and he complied. As BPAs approached the rear window, they observed individuals wearing camouflage clothing. The camouflage was consistent with what is worn by illegal aliens attempting to conceal themselves from law enforcement in the desert. An immigration inspection was performed on the individuals, including Joel Barraza-Ontiveros and Alonzo Lopez-Aguillar, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Joel Barraza-Ontiveros and Alonzo Lopez-Aguillar do not possess the proper documentation to enter, pass through, or remain in the United States legally. NPS assisted in taking **Corley** into custody and discovered a Taurus G3C handgun bearing serial number ACM684368 in his waistband. **Corley** was determined to be a United States citizen.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Joel Barraza-Ontiveros and Alonzo Lopez-Aguillar

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 20, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

26-05257MJ

**Continued from front page.**

Material witness Joel Barraza-Ontiveros stated that his friend was going to pay $8,000 for him to be smuggled into the United States. He crossed the border with four other individuals and no guide. The group walked for 15 minutes while being guided by phone until they reached the destination. The coordinator provided a description of the pick-up vehicle and told the group when to leave the location to enter the vehicle. After waiting 20 minutes at the location, the pick-up vehicle arrived and Barraza-Ontiveros ran to the vehicle and was instructed by the driver to lay down on the back seat. The driver told Barraza-Ontiveros to get down and do not move. The vehicle drove for approximately two minutes until they were pulled over and apprehended by Border Patrol. Barraza-Ontiveros described the vehicle as a white four-door SUV. He described the driver as a black male who was wearing an orange shirt.

Material witness Alonzo Lopez-Aguillar stated that he is a citizen of Mexico and that he was going to pay a total of 205,000 Mexican pesos to be smuggled into the United States. He crossed the border with a group of five individuals. One of the individuals was selected by the smuggling facilitators to lead the group by using a cellphone to receive directions from scouts positioned on nearby mountains. The group travelled on foot for 30 minutes before reaching the designated pick-up location. Upon arrival, Lopez-Aguillar observed a white SUV waiting for the group. All members of the group entered the SUV and they travelled for approximately 15 minutes before being stopped by BPAs.

After waving his *Miranda* rights, **Cortez Corley** stated that his friend's sister offered him an opportunity to make money and put him contact with an unknown male. The male told **Corley** that he could make some serious money and he just needed to pick some people up. **Corley** was informed that he would not be breaking any laws in the process. **Corley** told the male that he was interested, and the male contacted him and asked him to drive to a Circle K gas station near Interstate 10 in Phoenix, Arizona. At the gas station, **Corley** observed several other vehicles, and he was approached by an unknown man who filled **Corley**'s gas tank and paid for the gasoline. After filling the tank, **Corley** and the other vehicles left the gas station and began driving towards the Lukeville Port of Entry. **Corley** was receiving directions via WhatsApp. The group of vehicles made an additional stop at a gas station in Gila Bend. While stopped, **Corley** was told that he would be stopping at a pull off close to the border and that he needed to keep an eye out because it was easy to miss. The group of vehicles then left the gas station and **Corley** continued to receive directions on WhatsApp. Along the way, he received a message that instructed him to pull off the highway at a secluded pull off. When **Corley** stopped, five individuals came out of the bushes and entered his vehicle. One of the individuals spoke to him in English and told him to drive. As he began to drive, **Corley** noticed flashing lights behind him and he pulled over. **Corley** alerted the agent that he was carrying a weapon for self-defense and that he did not brandish, point, or threaten anyone with the firearm. **Corley** was compliant as the firearm was removed and he was placed in custody. He was unsure of the amount of money he was going to receive for picking the people up. The original person said that he would make $500 but the male told him it would be serious money.